TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00872-CV

Tam Doan Minh, Appellant

v.

James S. "Mike" Hopkins, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 98-02705, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on February 24, 2000. 
After granting appellant's motion to extend time to file brief, with the notation, "no further
extensions," appellant's brief was due to be filed on July 19, 2000. Thus far, appellant has not
submitted a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: August 31, 2000

Do Not Publish